UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| NICOLE MANT ) | Chapter 13 |
|     Debtor, ) | Case No.:  19-14251 |
| ) | |

## MOTION TO EXTEND THE TIME FOR RESPONDING TO ORDER TO UPDATE

Now comes the Debtor, Nicole Mant, through Counsel and hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for two weeks for reasons therefore:

Counsel for the Debtor is requesting additional time to prepare Debtor's petition and review the schedules with the debtor.

WHEREFORE, the Debtor, Nicole Mant, through Counsel hereby requests this Honorable Court to extend the deadline for Responding to the Order to Update for two weeks.

Respectfully Submitted,
The Debtor,
By Her Attorney,

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: December 30, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| NICOLE MANT ) | Chapter 13 |
| Debtor, ) | Case No.: 19-14251 |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail or by First Class Mail postage prepaid.

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire

Dated: December 30, 2019

Electronic Mail:

Carolyn Bankowski, US Trustee
John Fitzgerald, Asst. US Trustee

First Class Mail:

**BSi Financial Services**
Attn' Bankruptcy
P.O. Box 517
Titusville, PA 16354

**Capital One Auto Finance**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Auto Finance**
Credit Bureau Dispute
Plano, TX 75025

**Capital One Auto Finance, a division of Capital One, N.A.**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Credit Collection Services**
Po Box 710
Norwood, MA 02062

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**LVNV Funding/Resurgent Capital**
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

**LVNV Funding/Resurgent Capital**
C/o Resurgent Capital Services
Greenville, SC 29602

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Mercury/FBT**
1415 Warm Springs Rd
Columbus, GA 31904

**Mercury/FBT**
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

**Midland Funding**
320 East Big Beaver
Troy, MI 48083

**Midland Funding**
2365 Northside Dr Ste 300
San Diego, CA 92108

**Navient**
Po Box 9500
Wilkes Barre, PA 18773

**Navient**
Attn: Bankruptcy

Po Box 9640
Wilkes-Barre, PA 18773

**Navient Solutions, LLC. on behalf of ECMC**
Educational Credit Management Corporation
PO BOX 16408
St. Paul, PA 55116-0408